No. 865. El Pueblo, Apelado, *v.* Méndez, Apelante.—Acometimiento y agresión grave. Aguadilla. Diciembre 2, 1915. *Confirmada la sentencia.*

———

No. 931. El Pueblo, Apelado, *v.* González, Apelante.—Portar armas. Humacao. Diciembre 3, 1915. *Confirmada la sentencia pero modificada condenando al acusado a $50 de multa o un día de cárcel por dólar.*

———

No. 1427. García, Apelado, *v.* García, Apelante.—Dominio. San Juan, Sección 1ª. Diciembre 7, 1915. *Desestimada la apelación.*

———

No. 937. El Pueblo, Apelado, *v.* Nieves et al., Apelantes.—Acometimiento y agresión con agravantes. Humacao. Diciembre 7, 1915. *Confirmada la sentencia.*

———

No. 1306. Santi, Apelante, *v.* Cruz, Apelada.—Dominio. Ponce. Diciembre 8, 1915. *Desestimada la apelación.*

———

No. 820. El Pueblo, Apelado, *v.* Hernández, Apelante.—Atentado a la vida. Aguadilla. Diciembre 9, 1915. *Confirmada la sentencia.*

———

No. 923. El Pueblo, Apelado, *v.* Muñoz, Apelante.—Abuso de confianza.

No. 924. El Pueblo, Apelado, *v.* Muñoz, Apelante.—Falsa representación.

No. 926. El Pueblo, Apelado, *v.* Muñoz, Apelante.—Abuso de confianza.

No. 927. El Pueblo, Apelado, *v.* Muñoz, Apelante.—Falsa representación.

No. 929. El Pueblo, Apelado, *v.* Arrieta, Apelante.—Desacato por perjurio.

No. 938. El Pueblo, Apelado, *v.* Palacios et al., Apelantes.—Acometimiento y agresión con circunstancias agravantes. Diciembre 9, 1915. *Confirmadas las sentencias.*

No. 897. El Pueblo, Apelado, *v.* Clivillés, Apelante.—Acometimiento y agresión grave. Mayagüez.

No. 928. El Pueblo, Apelado, *v.* Muñoz, Apelante.—Falsa representación. Humacao. Diciembre 9, 1915. *Confirmadas las sentencias.*

No. 1431. Vega, Apelante, *v.* Santos, Apelada.—Expediente de dominio. Guayama. Diciembre 14, 1915. *Desestimada la apelación.*

No. 932. El Pueblo, Apelado, *v.* Borges, Apelante.—Alteración de la paz. Humacao. Diciembre 21, 1915. *Confirmada la sentencia.*

No. 921. El Pueblo, Apelado, *v.* Casanova, Apelante.—Acometimiento y agresión grave. Humacao.

No. 907. El Pueblo, Apelado, *v.* Garzot, Apelante.—Acometimiento y agresión grave. Humacao.

No. 945. El Pueblo, Apelado, *v.* Martínez, Apelante.—Alterar la paz. Arecibo.

No. 948. El Pueblo, Apelado, *v.* Romero, Apelante.—Acometimiento y agresión grave. Humacao.

No. 916. El Pueblo, Apelado, *v.* Acevedo, Apelante.—Contra la salud pública. Mayagüez. Diciembre 22, 1915. *Confirmadas las sentencias.*